IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE CAMPBELL, | : | CIVIL ACTION |
| Administrator of the estate of | : | |
| GREGORY C. CAMPBELL | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 07-3226 |

ORDER

AND NOW, this 27th day of February, 2013, upon consideration of defendants' motion for summary judgment (docket entry # 110), plaintiff's response in opposition thereto (docket entry # 116), and defendants' reply in response (docket entry # 117), it is hereby ORDERED that:

1. Defendants' motion is GRANTED AS UNOPPOSED with respect to Count I insofar as it relates to defendants Crown, Trask, and Williams and as to Counts II, III, V, VI and VII as to all defendants named therein;

2. Defendants' motion is GRANTED with respect to Count IV;

3. Defendants' motion is DENIED with respect to Count I insofar as it relates to defendants Luca and Schlosser; and

4. By noon on March 15, 2013, the parties shall jointly ADVISE this Court as to whether they believe mediation

with the Court or with Magistrate Judge Hart would likely be productive.

                        BY THE COURT:


                        /s/ Stewart Dalzell
                        Stewart Dalzell, J.